**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 11-07950-ERW |
|---|---|---|
| | § | |
| JOSE M. BIZARRO-ROLDAN | § | |
| ELVIA L. LEBRON | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 05/15/2012, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/17/2012          By:  /s/ David P. Leibowitz
                                        (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-07950-ERW |
| | § | |
| JOSE M. BIZARRO-ROLDAN | § | |
| ELVIA L. LEBRON | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $2,499.98
*and approved disbursements of* $13.17
*leaving a balance on hand of[1]:* $2,486.81

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $2,486.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $625.00 | $0.00 | $625.00 |
| David P. Leibowitz, Trustee Expenses | $36.94 | $0.00 | $36.94 |

Total to be paid for chapter 7 administrative expenses: $661.94
Remaining balance: $1,824.87

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  |  | Remaining balance: | $1,824.87 |
|---|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $1,824.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $21,871.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Atlas Acquisitions LLC assignee of Household Bank | $1,753.12 | $0.00 | $146.27 |
| 2 | Oliphant Financial LLC/ Target National Bank | $486.22 | $0.00 | $40.57 |
| 3 | Dell Financial Services L.L.C. | $2,986.26 | $0.00 | $249.16 |
| 4 | Atlas Acquisitions LLC/ Sam's Club | $1,624.62 | $0.00 | $135.55 |
| 5 | Capital Recovery IV LLC WAMU/PROVIDIAN BANK | $2,537.65 | $0.00 | $211.73 |
| 6 | Capital Recovery III LLC/ WASHINGTON MUTUAL BANK | $4,944.84 | $0.00 | $412.58 |
| 7 | Capital Recovery III LLC HSBC CARD SERVICES ( | $6,142.93 | $0.00 | $512.54 |
| 8 | Us Dept Of Education | $1,395.94 | $0.00 | $116.47 |

|  | Total to be paid to timely general unsecured claims: | $1,824.87 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

**UST-Form 101-7-NFR (5/1/2011)**

   Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                            Case No. 11-07950-ERW
Jose M. Bizarro-Roldan                                            Chapter 7
Elvia L. Lebron
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0752-1          User: cgreen                Page 1 of 3                  Date Rcvd: Apr 18, 2012
                              Form ID: pdf006             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2012.
db/jdb        +Jose M. Bizarro-Roldan,   Elvia L. Lebron,   5058 West Altgeld Street,   Unit #1,
                 Chicago, IL 60639-2410
16880735       ARM,   P.O. Box 129,   Thorofare, NJ 08086-0129
16880734      #+Allgate Financial Llc,   707 Skokie Blvd Ste 375,   Northbrook, IL 60062-2882
16880736       +Arrow Financial Servic,   5996 W Touhy Ave,   Niles, IL 60714-4610
16880737       +Arrow Fincl,   8589 Aero Drive,   San Diego, CA 92123-1703
16880738       Blatt, Hasenmiller, Leibsker, Moore,   125 South Wacker Dr,   Suite 400,   Chicago, IL 60606-4440
16880739    ++++CAC FINANCIAL GROUP,   2601 NW EXPRESSWAY STE 1000E,   OKLAHOMA CITY OK   73112-7236
                (address filed with court: CAC Financial Group,   2601 NW Expressway,   Suite 1000,
                 Oklahoma City, OK 73112)
16880742     ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
                (address filed with court: Chase,   Po Box 1093,   Northridge, CA 91328)
16880740     ++COLLECT AMERICA LTD,   4340 S MONACO PKWY,   2ND FL,   DENVER CO 80237-3408
                (address filed with court: Cach Llc,   370 17th Street,   Denver, CO 80202)
16880741      +Cach Llc,   4340 S Monaco St Fl 2,   Denver, CO 80237-3408
16880743      +Cit Bank/Dfs,   One Dell Way,   Round Rock, TX 78682-7000
16880761     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Webbank/Dfs,   1 Dell Way,   Round Rock, TX 78682)
16880744      +Encore Receivable Management, Inc,   400 North Rogers Road,   Olathe, KS 66062-1212
16880745     ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,   Fifth Third Center,   Cincinnati, OH 45263)
17534921      +Fifth Third Bank,   PO BOX 829009,   Dallas, TX 75382-9009
16880747      +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
16880748      +Hsbc/Rs,   Pob 15521,   Wilmington, DE 19850-5521
16880749      +Illinois Collection Se,   8231 185th St Ste 100,   Tinley Park, IL 60487-9356
16880756      +Stoneleigh Recovery Associates, LLC,   P.O. Box 1441,   Lombard, IL 60148-8441
16880757      +Target N.B.,   Po Box 673,   Minneapolis, MN 55440-0673
16880758      +Thd/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
16880759      +Us Dept Of Education,   Po Box 5609,   Greenville, TX 75403-5609
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17022408      +E-mail/Text: bnc@atlasacq.com Apr 19 2012 01:22:32      Atlas Acquisitions LLC,
                 assignee of Household Bank,   294 Union St.,   Attn: Avi Schild,   Hackensack, NJ 07601-4303
17484584       E-mail/PDF: rmscedi@recoverycorp.com Apr 19 2012 02:17:34      Capital Recovery III LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
17478604       E-mail/PDF: rmscedi@recoverycorp.com Apr 19 2012 02:15:24      Capital Recovery IV LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
17301378       E-mail/Text: resurgentbknotifications@resurgent.com Apr 19 2012 00:41:58
                 Dell Financial Services L.L.C.,   c/o Resurgent Capital Services,   PO Box 10390,
                 Greenville, SC 29603-0390
16880746      +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2012 02:17:21      Gemb/Walmart,   Po Box 981400,
                 El Paso, TX 79998-1400
16880752      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 19 2012 00:57:07      Midland Credit Mgmt,   8875 Aero Dr,
                 San Diego, CA 92123-2255
16880754      +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 19 2012 03:10:16      Nco Fin/22,
                 507 Prudential Rd,   Horsham, PA 19044-2308
17289155      +E-mail/Text: bankruptcy@oliphantfinancial.com Apr 19 2012 00:57:20      Oliphant Financial LLC,
                 9009 Town Center Parkway,   Lakewood Ranch, FL 34202-4165
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16880760*    ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
                (address filed with court: Washmtl/Prov,   Po Box 9180,   Pleasanton, CA 94588)
16880750*     +Illinois Collection Se,   8231 185th St Ste 100,   Tinley Park, IL 60487-9356
16880751*     +Illinois Collection Se,   8231 185th St Ste 100,   Tinley Park, IL 60487-9356
16880753*     +Midland Credit Mgmt,   8875 Aero Dr,   San Diego, CA 92123-2255
16880755     ##+Security Credit Servic,   2623 W Oxford Loop,   Oxford, MS 38655-5442
                                                                                   TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: cgreen              Page 2 of 3            Date Rcvd: Apr 18, 2012
                              Form ID: pdf006           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2012**                **Signature:**    _____

```
District/off: 0752-1          User: cgreen              Page 3 of 3                  Date Rcvd: Apr 18, 2012
                              Form ID: pdf006           Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2012 at the address(es) listed below:
         David P Leibowitz    dleibowitz@lakelaw.com,
          il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
         Joseph P Doyle    on behalf of Debtor Jose Bizarro-Roldan joe@fightbills.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                            TOTAL: 3

Case 11-07950   Doc 26   Filed 04/18/12   Entered 04/20/12 23:33:29   Desc Imaged
Certificate of Notice   Page 7 of 7