UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 11-07950-ERW |
|---|---|---|
| | § | |
| JOSE M. BIZARRO-ROLDAN | § | |
| ELVIA L. LEBRON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $238,700.00 | Assets Exempt: | $67,235.00 |
| Total Distributions to Claimants: | $1,824.87 | Claims Discharged Without Payment: | $54,931.55 |
| Total Expenses of Administration: | $675.11 | | |

3) Total gross receipts of $2,499.98 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,499.98 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $304,222.00 | $4,154.23 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $675.11 | $675.11 | $675.11 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $54,146.42 | $21,871.58 | $21,871.58 | $1,824.87 |
| **Total Disbursements** | $358,368.42 | $26,700.92 | $22,546.69 | $2,499.98 |

4). This case was originally filed under chapter 7 on 02/28/2011. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2012        By:    /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Estimated 2010 tax refund $4000 which will be spent on necessary bill and expenses | 1124-000 | $2,499.96 |
| Interest Asset | 1270-000 | $0.02 |
| **TOTAL GROSS RECEIPTS** | | $2,499.98 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Fifth Third Bank | 4110-000 | $4,993.00 | $4,154.23 | $0.00 | $0.00 |
|   | Chase | 4110-000 | $299,229.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $304,222.00 | $4,154.23 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $625.00 | $625.00 | $625.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $36.94 | $36.94 | $36.94 |
| Green Bank | 2600-000 | NA | $13.17 | $13.17 | $13.17 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $675.11 | $675.11 | $675.11 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas | 7100-900 | $1,753.00 | $1,753.12 | $1,753.12 | $146.27 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Acquisitions LLC assignee of Household Bank | | | | | |
| 2 | Oliphant Financial LLC/ Target National Bank | 7100-900 | $451.00 | $486.22 | $486.22 | $40.57 |
| 3 | Dell Financial Services L.L.C. | 7100-000 | $2,986.00 | $2,986.26 | $2,986.26 | $249.16 |
| 4 | Atlas Acquisitions LLC/ Sam's Club | 7100-900 | NA | $1,624.62 | $1,624.62 | $135.55 |
| 5 | Capital Recovery IV LLC WAMU/PROVIDIAN BANK | 7100-900 | $2,537.00 | $2,537.65 | $2,537.65 | $211.73 |
| 6 | Capital Recovery III LLC/ WASHINGTON MUTUAL BANK | 7100-900 | $3,250.00 | $4,944.84 | $4,944.84 | $412.58 |
| 7 | Capital Recovery III LLC HSBC CARD SERVICES ( | 7100-900 | $6,849.58 | $6,142.93 | $6,142.93 | $512.54 |
| 8 | Us Dept Of Education | 7100-000 | $1,435.00 | $1,395.94 | $1,395.94 | $116.47 |
| | Allgate Financial Llc | 7100-000 | $525.00 | NA | NA | $0.00 |
| | ARM | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Arrow Financial Servic | 7100-000 | $7,557.00 | NA | NA | $0.00 |
| | Arrow Fincl | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Blatt, Hasenmiller, Leibsker, Moore | 7100-000 | $0.00 | NA | NA | $0.00 |
| | CAC Financial Group | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Cach Llc | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Cit Bank/Dfs | 7100-000 | $2,490.00 | NA | NA | $0.00 |
| | Gemb/Walmart | 7100-000 | $979.00 | NA | NA | $0.00 |
| | Hsbc Bank | 7100-000 | $517.00 | NA | NA | $0.00 |
| | Illinois Collection Se | 7100-000 | $75.00 | NA | NA | $0.00 |
| | Illinois Collection Se | 7100-000 | $75.00 | NA | NA | $0.00 |
| | Illinois Collection Se | 7100-000 | $75.00 | NA | NA | $0.00 |
| | Midland Credit Mgmt | 7100-000 | $3,655.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Midland Credit Mgmt | 7100-000 | $1,291.00 | NA | NA | $0.00 |
| Nco Fin/22 | 7100-000 | $4,099.00 | NA | NA | $0.00 |
| Security Credit Servic | 7100-000 | $1,753.00 | NA | NA | $0.00 |
| Stoneleigh Recovery Associates, LLC | 7100-000 | $4,944.84 | NA | NA | $0.00 |
| Thd/Cbsd | 7100-000 | $6,849.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $54,146.42 | $21,871.58 | $21,871.58 | $1,824.87 |

**UST Form 101-7-TDR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 11-07950-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BIZARRO-ROLDAN, JOSE M. AND LEBRON, ELVIA L. | Date Filed (f) or Converted (c): | 02/28/2011 (f) |
| For the Period Ending: | 8/9/2012 | §341(a) Meeting Date: | 04/12/2011 |
| | | Claims Bar Date: | 07/19/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Real estate located at 5058 West Altgeld Street, Chicago IL 60639 | $275,000.00 | $0.00 | DA | $0.00 | FA |
| 2  Checking account with Banco Popular | $2,500.00 | $0.00 | DA | $0.00 | FA |
| 3  Savings account with Banco Popular | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 4  Miscellaneous used household goods and furnishings | $515.00 | $0.00 | DA | $0.00 | FA |
| 5  Books, Pictures, and CD's | $145.00 | $0.00 | DA | $0.00 | FA |
| 6  Wearing Apparel | $435.00 | $0.00 | DA | $0.00 | FA |
| 7  Miscellaneous Costume Jewelry | $120.00 | $0.00 | DA | $0.00 | FA |
| 8  Term Life Insurance policy through employer - (No cash surrender value) | $0.00 | $0.00 | DA | $0.00 | FA |
| 9  401(k) through employer. | $7,000.00 | $0.00 | DA | $0.00 | FA |
| 10  401(k) through employer. | $7,000.00 | $0.00 | DA | $0.00 | FA |
| 11  Estimated 2010 tax refund $4000 which will be spent on necessary bill and expenses | $6,220.00 | $2,500.00 | DA | $2,499.96 | FA |
| 12  Automobile - 2001 Mitsubishi Montero with 120,000 miles - Paid in Full - Full Coverage Auto Insurance | $2,075.00 | $0.00 | DA | $0.00 | FA |
| 13  Automobile - 2003 Toyota Matrix 103,000 miles- Debtor is Current/Reaffirm - Full Coverage Auto Insurance | $3,925.00 | $0.00 | OA | $0.00 | FA |
| INT  Interest Asset | Unknown | Unknown | DA | $0.02 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

           $305,935.00     $2,500.00               $2,499.98     $0.00

**Major Activities affecting case closing:**
Need vehicle appraisal and debtor can pay tax $2,500.00 over four months of tax refund.

| | | |
|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2012 | /s/ DAVID LEIBOWITZ |
| Current Projected Date Of Final Report (TFR): | 12/31/2012 | DAVID LEIBOWITZ |

Case 11-07950  Doc 28  Filed 08/13/12  Entered 08/13/12 13:24:57  Desc Main
Document      Page 7 of 10

**FORM 2**  
Page No: 1  
Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-07950-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BIZARRO-ROLDAN, JOSE M. AND LEBRON, ELVIA L. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******3019 | | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | ******3020 | | Account Title: | DDA |
| For Period Beginning: | 2/28/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/9/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $416.68 | | $416.68 |
| 07/01/2011 | (11) | Jose M. Bizarro/Elvin L. Lebron | | 1124-000 | $416.66 | | $833.34 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.13 | $833.21 |
| 07/28/2011 | (11) | Jose M. Bizzaro/Elvia L. Lebron | | 1124-000 | $416.66 | | $1,249.87 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.17 | $1,248.70 |
| 08/31/2011 | (11) | Jose M. Bizarro | | 1124-000 | $416.66 | | $1,665.36 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.01 | $1,663.35 |
| 09/29/2011 | (11) | Jose M. Bizzarro / Elvia Lebron | | 1124-000 | $416.66 | | $2,080.01 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.83 | $2,077.18 |
| 10/28/2011 | (11) | Jose M. Bizarro | Monthly Payment | 1124-000 | $416.66 | | $2,493.84 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.15 | $2,490.69 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.88 | $2,486.81 |
| 05/15/2012 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $36.94 | $2,449.87 |
| 05/15/2012 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $625.00 | $1,824.87 |
| 05/15/2012 | 5003 | Atlas Acquisitions LLC assignee of Household | Claim #: 1; Amount Claimed: 1,753.12; Amount Allowed: 1,753.12; Distribution Dividend: 8.34; | 7100-900 | | $146.27 | $1,678.60 |
| 05/15/2012 | 5004 | Oliphant Financial LLC/ Target National Bank | Claim #: 2; Amount Claimed: 486.22; Amount Allowed: 486.22; Distribution Dividend: 8.34; | 7100-900 | | $40.57 | $1,638.03 |
| 05/15/2012 | 5005 | Dell Financial Services L.L.C. | Claim #: 3; Amount Claimed: 2,986.26; Amount Allowed: 2,986.26; Distribution Dividend: 8.34; | 7100-000 | | $249.16 | $1,388.87 |
| 05/15/2012 | 5006 | Atlas Acquisitions LLC/ Sam's Club | Claim #: 4; Amount Claimed: 1,624.62; Amount Allowed: 1,624.62; Distribution Dividend: 8.34; | 7100-900 | | $135.55 | $1,253.32 |
| 05/15/2012 | 5007 | Capital Recovery IV LLC WAMU/PROVIDIAN | Claim #: 5; Amount Claimed: 2,537.65; Amount Allowed: 2,537.65; Distribution Dividend: 8.34; | 7100-900 | | $211.73 | $1,041.59 |
| 05/15/2012 | 5008 | Capital Recovery III LLC/ WASHINGTON | Claim #: 6; Amount Claimed: 4,944.84; Amount Allowed: 4,944.84; Distribution Dividend: 8.34; | 7100-900 | | $412.58 | $629.01 |
| 05/15/2012 | 5009 | Capital Recovery III LLC HSBC CARD SERVICES ( | Claim #: 7; Amount Claimed: 6,142.93; Amount Allowed: 6,142.93; Distribution Dividend: 8.34; | 7100-900 | | $512.54 | $116.47 |
| 05/15/2012 | 5010 | Us Dept Of Education | Claim #: 8; Amount Claimed: 1,395.94; Amount Allowed: 1,395.94; Distribution Dividend: 8.34; | 7100-000 | | $116.47 | $0.00 |

| | | | | **SUBTOTALS** | $2,499.98 | $2,499.98 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-07950-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BIZARRO-ROLDAN, JOSE M. AND LEBRON, ELVIA L. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******3019 | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | ******3020 | Account Title: | DDA |
| For Period Beginning: | 2/28/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/9/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $2,499.98 | $2,499.98 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $416.68 | $0.00 | |
| | | | **Subtotal** | | $2,083.30 | $2,499.98 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,083.30 | $2,499.98 | |

**For the period of 2/28/2011 to 8/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,083.30 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,083.30 |
| Total Internal/Transfer Receipts: | $416.68 |
| | |
| Total Compensable Disbursements: | $2,499.98 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,499.98 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 8/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,083.30 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,083.30 |
| Total Internal/Transfer Receipts: | $416.68 |
| | |
| Total Compensable Disbursements: | $2,499.98 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,499.98 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-07950-ERW | |
| **Case Name:** | BIZARRO-ROLDAN, JOSE M. AND LEBRON, ELVIA L. | |
| **Primary Taxpayer ID #:** | ******3019 | |
| **Co-Debtor Taxpayer ID #:** | ******3020 | |
| **For Period Beginning:** | 2/28/2011 | |
| **For Period Ending:** | 8/9/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******7950 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/27/2011 | (11) | Jose M. Bizzarro | | 1124-000 | $416.66 | | $416.66 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.02 | | $416.68 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $416.68 | $0.00 |
| | | | **TOTALS:** | | $416.68 | $416.68 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $416.68 | |
| | | | **Subtotal** | | $416.68 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $416.68 | $0.00 | |

| **For the period of 2/28/2011 to 8/9/2012** | | **For the entire history of the account between 05/27/2011 to 8/9/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $416.68 | Total Compensable Receipts: | $416.68 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $416.68 | Total Comp/Non Comp Receipts: | $416.68 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $416.68 | Total Internal/Transfer Disbursements: | $416.68 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-07950-ERW | |
| **Case Name:** | BIZARRO-ROLDAN, JOSE M. AND LEBRON, ELVIA L. | |
| **Primary Taxpayer ID #:** | ******3019 | |
| **Co-Debtor Taxpayer ID #:** | ******3020 | |
| **For Period Beginning:** | 2/28/2011 | |
| **For Period Ending:** | 8/9/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******7950 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,499.98 | $2,499.98 | $0.00 |

**For the period of 2/28/2011 to 8/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,499.98 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,499.98 |
| Total Internal/Transfer Receipts: | $416.68 |
| | |
| Total Compensable Disbursements: | $2,499.98 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,499.98 |
| Total Internal/Transfer Disbursements: | $416.68 |

**For the entire history of the case between 02/28/2011 to 8/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,499.98 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,499.98 |
| Total Internal/Transfer Receipts: | $416.68 |
| | |
| Total Compensable Disbursements: | $2,499.98 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,499.98 |
| Total Internal/Transfer Disbursements: | $416.68 |